GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
KEVIN T. BARGER, Bar No. 267713
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Evraz Inc. NA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVRAZ INC. NA,<br><br>Plaintiff,<br><br>vs.<br><br>REMEDY INTELLIGENT STAFFING, INC., dba REMEDY PERSONNEL SERVICES, and SELECT PERSONNEL SERVICES, INC., dba SELECT STAFFING,<br><br>Defendants. | Case No. C11-03624 EDL<br><br>[PROPOSED] STIPULATED ORDER COMPELLING ATTENDANCE OF DEFENDANTS SELECT PERSONNEL SERVICES, INC. AND REMEDY INTELLIGENT STAFFING, INC. AT DEPOSITION |

On April 2, 2012, Plaintiff Evraz Inc. NA ("Evraz") noticed the deposition of Defendant Remedy Intelligent Staffing, Inc. ("Remedy") for April 24, 2012 at 10:00 a.m. On April 9, 2012, Evraz noticed the deposition of Defendant Select Personnel Services, Inc. ("Select") for April 24, 2012 at 1:00 p.m. (Remedy and Select are collectively referred to as "Defendants".) Thereafter, at Defendants' counsel's request, the date of both depositions was changed to May 2, 2012. Evraz timely served amended deposition notices on April 19, 2012. Despite Defendants' agreement to the date for the depositions, Defendants failed to appear. Instead, on May 1, 2012, at 4:16 p.m., Defendants' counsel sent Evraz's counsel an email advising: "Fred Pachon [the

1  30(b)(6) designee of both Defendants] notified me this afternoon that he will not be able to attend
2  tomorrow's depositions."
3  This, of course, is not the first time that Defendants have violated their discovery
4  obligations in this case. Remedy failed completely to respond to Evraz's written discovery
5  within the time required by the Federal Rules, necessitating a motion to compel by Evraz.
6  (Docket No. 23.) The Court ordered Remedy to reimburse Evraz $5,337.50 (its cost to bring the
7  motion) and provide responses no later than April 20, 2012. (*Id.* at 2) Evraz also served written
8  discovery on Select on February 27, 2012. Under the Rules, Select's responses were due on
9  April 2, 2012. Select did not serve responses until April 20, 2012.
10 Accordingly, the parties now stipulate and request that the Court Order as follows:
11   1. On May 23, 2012, at 10:00 a.m. and continuing from date to day thereafter,
12      Defendants shall appear for deposition at Evraz's counsel's office, located at
13      100 Pringle Avenue, Suite 500, Walnut Creek, California, pursuant to the
14      notices served by Evraz on May 4, 2012.
15   2. Defendants acknowledge that if they do not appear for deposition pursuant to
16      this Order, or commit any further discovery violation, the Court may impose
17      all appropriate sanctions, including without limitation evidentiary sanctions or
18      entry of default judgment against Defendants under Federal Rule of Civil
19      Procedure 37(b)(2)(A).
20 SO STIPULATED
21 Dated: May ___, 2012

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG

By _____
Attorneys for Plaintiff
Evraz Inc. NA

27 Dated: May 7, 2012
28

A. MARCUS HALL & ASSOCIATES
ALVIN M. HALL

By _____
Attorneys for Defendants
Remedy Intelligent Staffing, Inc., dba
Remedy Personnel Services, and
Select Personnel Services, Inc., dba
Select Staffing

IT IS SO ORDERED

Dated: May 9, 2012

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*