1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  KEVIN T. BARGER, Bar No. 267713
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Evraz Inc. NA
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10
                                    )   **Case No. C11-03624 EDL**
11  EVRAZ INC. NA,                  )
                                    )   ~~[PROPOSED]~~ **STIPULATED ORDER**
12          Plaintiff,              )   **COMPELLING ATTENDANCE OF**
                                    )   **DEFENDANTS SELECT PERSONNEL**
13      vs.                         )   **SERVICES, INC. AND REMEDY**
                                    )   **INTELLIGENT STAFFING, INC. AT**
14  REMEDY INTELLIGENT STAFFING,    )   **DEPOSITION**
    INC., dba REMEDY PERSONNEL      )
15  SERVICES, and SELECT PERSONNEL  )
    SERVICES, INC., dba SELECT      )
16  STAFFING,                       )
                                    )
17          Defendants.             )
                                    )
18

19      On April 2, 2012, Plaintiff Evraz Inc. NA ("Evraz") noticed the deposition of Defendant

20  Remedy Intelligent Staffing, Inc. ("Remedy") for April 24, 2012 at 10:00 a.m. On April 9, 2012,

21  Evraz noticed the deposition of Defendant Select Personnel Services, Inc. ("Select") for April 24,

22  2012 at 1:00 p.m. (Remedy and Select are collectively referred to as "Defendants".) Thereafter,

23  at Defendants' counsel's request, the date of both depositions was changed to May 2, 2012.

24  Evraz timely served amended deposition notices on April 19, 2012. Despite Defendants'

25  agreement to the date for the depositions, Defendants failed to appear. Instead, on May 1, 2012,

26  at 4:16 p.m., Defendants' counsel sent Evraz's counsel an email advising: "Fred Pachon [the

27

28
                                    - 1 -
        [PROPOSED] STIPULATED ORDER RE: DEFENDANTS' DEPOSITIONS Case No. C11-
                                   03624 EDL

1   30(b)(6) designee of both Defendants] notified me this afternoon that he will not be able to attend

2   tomorrow's depositions."

3        This, of course, is not the first time that Defendants have violated their discovery

4   obligations in this case.  Remedy failed completely to respond to Evraz's written discovery

5   within the time required by the Federal Rules, necessitating a motion to compel by Evraz.

6   (Docket No. 23.)  The Court ordered Remedy to reimburse Evraz $5,337.50 (its cost to bring the

7   motion) and provide responses no later than April 20, 2012.  (*Id.* at 2)  Evraz also served written

8   discovery on Select on February 27, 2012.  Under the Rules, Select's responses were due on

9   April 2, 2012.  Select did not serve responses until April 20, 2012.

10        Accordingly, the parties now stipulate and request that the Court Order as follows:

11       1.  On May 23, 2012, at 10:00 a.m. and continuing from date to day thereafter,

12           Defendants shall appear for deposition at Evraz's counsel's office, located at

13           100 Pringle Avenue, Suite 500, Walnut Creek, California, pursuant to the

14           notices served by Evraz on May 4, 2012.

15       2.   Defendants acknowledge that if they do not appear for deposition pursuant to

16           this Order, or commit any further discovery violation, the Court may impose

17           all appropriate sanctions, including without limitation evidentiary sanctions or

18           entry of default judgment against Defendants under Federal Rule of Civil

19           Procedure 37(b)(2)(A).

20   SO STIPULATED

21   Dated: May ___, 2012

22             GLYNN & FINLEY, LLP
           ADAM FRIEDENBERG

23

24             By
           Attorneys for Plaintiff

25              Evraz Inc. NA

26

27   Dated: May 7, 2012

28

[PROPOSED] STIPULATED ORDER RE: DEFENDANTS' DEPOSITIONS Case No. C11-
03624 EDL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A. MARCUS HALL & ASSOCIATES
ALVIN M. HALL

By _____

Attorneys for Defendants
Remedy Intelligent Staffing, Inc., dba
Remedy Personnel Services, and
Select Personnel Services, Inc., dba
Select Staffing

IT IS SO ORDERED

Dated: May 9 , 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Elizabeth D. Laporte

Judge Elizabeth D. Laporte

- 3 -